**Order filed, January 7, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-01168-CV
_____

## CHARLES KEENER SCRUGGS, Appellant

## V.

## HEATHER MAUDE LINN, Appellee

---

**On Appeal from the County Court at Law No 1
Galveston County, Texas
Trial Court Cause No. 99FD2791**

---

## ORDER

The reporter's record in this case was due **January 4, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lynnette Erskine**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM